UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Miller Photographer, LLC,

Plaintiff,

-against-

Shorty Awards LLC,

Defendant.

26-CV-9655 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On November 4, 2026, Robert Miller Photographer, LLC, brought suit against Shorty Awards LLC for alleged copyright infringement. Dkt. 1. The complaint claims that "[v]enue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) and 1400(a)." *Id.* ¶ 10. But the complaint also notes that Shorty Awards LLC is "a Delaware limited liability company" whose "principal place of business [is] in Miami-Dade County, Florida." *Id.* ¶ 6. Short Awards LLC's only ties to New York appear to be that it has been registered to do business in the state since 2017, stages a production in New York City, and solicits fees from New York-based organizations. *Id.* ¶ 8.

On or before **November 23, 2026**, Robert Miller Photographer, LLC, should file a letter explaining why venue is proper in this case. In that letter, it should begin by explaining whether venue can lie under 28 U.S.C. § 1391(b)(2) or only under 28 U.S.C. § 1400(a). *See Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Tex.*, 571 U.S. 49, 55 n.2 (2013) (noting that "Section 1391 governs 'venue generally,' that is, in cases where a more specific venue provision does not apply," and distinguishing 28 U.S.C. § 1400 as "identifying proper venue for copyright and patent suits"); *see also Boehm v. Zimprich*, 2013 WL 6569788, at *2 (S.D.N.Y. Dec. 13, 2013) (looking exclusively towards 28 U.S.C. § 1400 to determine venue in copyright case). In the alternative to filing a letter, Robert Miller Photographer, LLC, may elect to re-file in another district.

SO ORDERED.

Dated: November 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge